**2006-2101. State v. Jordan.**

Franklin App. No. 05AP–1330, 2006-Ohio-5208. Discretionary appeal accepted on Proposition of Law No. III; cause held for the decision in 2006–1245 and 2006–1383, *State v. Payne*, Franklin App. No. 05AP–517, 2006-Ohio-2552; and briefing schedule stayed.

PFEIFER, J., dissents.

**2006-2135. State v. Wamsley.**

Columbiana App. No. 05 CO 11, 2006-Ohio-5303.

PFEIFER, O'DONNELL and LANZINGER, JJ., dissent.

**2006-2220. Nasal v. Dover.**

Miami App. No. 2006–CA–9, 2006-Ohio-5584. Discretionary appeal accepted; cause held for the decision in 2006–2187, *Hyle v. Porter*, Hamilton App. No. C–050768, 2006-Ohio-5454; cause consolidated with 2006–2311, *Nasal v. Dover*, Miami App. No. 2006–CA–9, 2006-Ohio-5584; and briefing schedule stayed.

PFEIFER, J., dissents.

**2006-2250. State v. Colon.**

Cuyahoga App. No. 87499, 2006-Ohio-5335. Discretionary appeal accepted on Proposition of Law No. VI and cause consolidated with 2006–2139, *State v. Colon*, Cuyahoga App. No. 87499, 2006-Ohio-5335.

LUNDBERG STRATTON, J., would also accept the appeal on Proposition of Law No. VII.

PFEIFER and O'CONNOR, JJ., dissent.

CUPP, J., not participating.

**2006-2271. Advent v. Allstate Ins. Co.**

Franklin App. No. 06AP–103, 2006-Ohio-5522 and 2006-Ohio-6791. Discretionary appeal accepted and cause consolidated with 2006–2393, *Advent v. Allstate Ins. Co.*, Franklin App. No. 06AP–103, 2006-Ohio-5522 and 2006-Ohio-6791.

LUNDBERG STRATTON and CUPP, JJ., would also hold the cause for the decision in 2005–2277, *Shay v. Shay*, Fulton App. No. F–05–008, 2005-Ohio-5874.

O'CONNOR and O'DONNELL, JJ., dissent.

**2006-2289. State v. Fugate.**

Franklin App. No. 06AP–298, 2006-Ohio-5748. Discretionary appeal accepted on Proposition of Law No. I.

O'DONNELL, J., would also accept the appeal on Proposition of Law No. II.

PFEIFER and CUPP, JJ., dissent.

**2006-2294. State v. Forbes.**

Cuyahoga App. No. 87473, 2006-Ohio-5612. Discretionary appeal accepted; cause held for the decision in 2005–2186, *State v. Wilson*, Cuyahoga App. No. 85015, 2005-Ohio-4994; and briefing schedule stayed.

MOYER, C.J., PFEIFER and O'DONNELL, JJ., dissent.

**2006-2362. State v. Myers.**

Wayne App. No. 06CA0003, 2006-Ohio-5958. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2006–1245 and 2006–1383, *State v. Payne*, Franklin App. No. 05AP-517, 2006-Ohio-5225; cause consolidated with 2006–2360, *State v. Myers*, Wayne App. No. 06CA0003, 2006-Ohio-5958; and briefing schedule stayed.

PFEIFER, J., dissents.